United States District Court
for the
Southern District of Florida

| Antonio Ramirez, Petitioner, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 16-23030-Civ-Scola |
| | ) | |
| United States of America, Respondent. | ) ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On May 16, 2017, Judge White issued a report recommending that the Court deny the Petitioner's motion to vacate or set aside his sentence based on the Petitioner's inability to show he was denied effective assistance of counsel. (Report of Magistrate, ECF No. 11.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (ECF No. 11). The Court **denies** the motion to vacate or set aside the Petitioner's sentence (ECF No. 1). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on June 26, 2017.

_____
Robert N. Scola, Jr.
United States District Judge